# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFF ALPHONSO REED and all others similarly situated

**DEFENDANT MIDLAND CREDIT MANAGEMENT & MIDLAND FUNDING, LLC**

**(b)** County of Residence of First Listed Plaintiff **Philadelphia**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number) Cary L. Flitter, Esq. and Andrew M. Milz, Esq., Flitter Lorenz, P.C., 450 N. Narberth Avenue, Suite 101, Narberth, PA 19072, (610) 822-0782

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 Incorporated or Principal Place of Business In This State | | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 Incorporated and Principal Place of Business In Another State | | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 Foreign Nation | | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**15 U.S.C. § 1692**
Brief description of cause: Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:

☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 8/19/15

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**APPENDIX I**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | | |
|---|---|---|
| ALPHONSO REED, and all others similarly situated | : | CIVIL ACTION |
| V. | : | |
| MIDLAND CREDIT MANAGEMENT & MIDLAND FUNDING, LLC | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a)   Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.  ( )

(b)   Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits  ( )

(c)   Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d)   Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.  ( )

(e)   Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases)  ( X )

(f)   Standard Management – Cases that do not fall into any one of the other tracks.  ( )

| | | |
|---|---|---|
| __8/19/15__ | _/s/_ | __Andrew M. Milz__ |
| **Date** | **Attorney at Law** | **Attorney for Plaintiff** |
| __610-822-0782__ | __610-667-0552__ | amilz@consumerslaw.com |
| **Telephone** | **Fax Number** | **E-Mail Address** |

(Civ.660) 10/02

UNITED STATES DISTRICT COURT  APPENDIX F

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.**

Address of Plaintiff: 6030 Clifford Terrace, Philadelphia, PA 19151

Address of Defendants: 8875 Aero Drive, Suite 200, San Diego, CA 92123

Place of Accident, Incident or Transaction: Philadelphia, PA 19151

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes ☐  No ☒

Does this case involve multidistrict litigation possibilities?   Yes ☐  No ☒

*RELATED CASE, IF ANY:*

Case Number: _____  Judge _____  Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes ☐  No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes ☐  No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes ☐  No ☒

CIVIL: (Place ☒ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify) Fair Debt Collection Practices Act, 15 U.S.C. § 1692

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability (Asbestos)
9. ☐ All other Diversity Cases
   (Please specify)

**ARBITRATION CERTIFICATION**
*(Check appropriate Category)*

I, Andrew M. M.[z], counsel of record do hereby certify:
☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☒ Relief other than monetary damages is sought

DATE: 8/19/15  _____  207715
              Attorney-at-Law    Attorney I.D.

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 8/19/15  _____  207715
              Attorney-at-Law    Attorney I.D.

CIV.609 (4/03)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALPHONSO REED, *and all others similarly situated*,<br>6030 Clifford Terrace<br>Philadelphia, PA 19151,<br>               Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123<br><br>and<br><br>MIDLAND FUNDING, LLC<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123,<br>               Defendants. | CIVIL ACTION<br><br><br><br>NO.<br><br><br><br><br>CLASS ACTION |

**COMPLAINT**

### I.   INTRODUCTION

1. This is a consumer class action for damages brought pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692 ("FDCPA"). The FDCPA prohibits debt collectors from engaging in deceptive and unfair practices in the collection of consumer debt.

2. Defendant debt collectors sent a collection notice to Plaintiff and the class that misrepresents potential tax implications of settlement of the consumer debt claimed due. Defendants deceptively state in their collection letter to Plaintiff and that Class that they "will report forgiveness of debt as required by IRS regulations," even though there can be no conceivable circumstances in which IRS reporting would be required on the small debts of under $600.

3. Defendants have violated the FDCPA by using false and deceptive representations in the collection of consumer debt.

## II. JURISDICTION

4. Jurisdiction arises under the FDCPA, 15 U.S.C. §1692k, and 28 U.S.C. §§1331 and 1337.

5. *In personam* jurisdiction exists and venue is proper, as Defendants do business in this district and Plaintiff is situate in this district.

## III. PARTIES

6. Plaintiff Alphonso Reed is a consumer who resides in Philadelphia, Pennsylvania at the address captioned above.

7. Defendant Midland Credit Management ("MCM") is a nationwide debt collector with a principal place of business at the address captioned.

8. Defendant Midland Funding, LLC ("Midland Funding") is a purchaser of charged-off consumer debts and has a principal place of business at the address captioned.

9. Defendants MCM and Midland Funding are collectively referred to as "Midland" or "Defendants."

10. Defendants regularly engage in the collection of consumer debts using the mails and telephone or purchase consumer debt after default for the purposes of collection.

11. Each Defendant is a "debt collector" as that term is contemplated in the FDCPA, 15 U.S.C. § 1692a(6).

12. Midland Funding engaged MCM to collect the accounts here in issue.

13. Midland Funding is responsible for the acts of its collector, MCM.

## IV. STATEMENT OF CLAIM

14. On August 26, 2014, Defendant MCM sent Plaintiff a communication in connection with a consumer debt allegedly due Midland Funding and arising from an old GE Capital Retail Bank/Old Navy account. (*See* correspondence from MCM attached hereto as Exhibit "A," redacted per Fed. R. Civ. Pro. 5.2).

15. The collection communication listed a "Current Balance: $307.69." (*See* Exhibit "A").

16. The August 26, 2014 letter goes on to state: "We will report forgiveness of debt as required by IRS regulations." (Id.).

17. Section 6050P of the Internal Revenue Code and its regulations require that an applicable entity report (on Form 1099-C) any cancellation or discharge of indebtedness in excess of $600.00, only if there has occurred an "identifiable event" described in paragraph (b)(2) of that section.

18. With a debt in the amount of $307.69, as claimed here, there could never be any discharge over $600.00 sufficient to trigger Midland's IRS reporting obligation.

19. As a Form 1099-C would never issue in relation to this debt, injecting the gratuitous language about "report[ing of] forgiveness of debt as required by IRS regulations" serves only to confuse, deceive and intimidate.

20. The gratuitous, *in terrorem* reference in a collection letter that a creditor may be required to provide information on the consumer to the IRS is a collection ploy which suggests involvement of the IRS to the least sophisticated consumer.

21. The above statement is deceptive and misleading in the context of a collection letter seeking less than $600.00.

## CLASS ALLEGATIONS

22. Plaintiff brings this action on his own behalf and on behalf of a Class designated pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure.

23. Plaintiff proposes to define the Class as follows:

    a. All persons with addresses within the Eastern District of Pennsylvania;

    b. who were sent one or more letter(s) from Defendant MCM on behalf of Defendant Midland Funding;

    c. attempting to collect a consumer debt alleged due in connection with a GE Capital Retail Bank/ Old Navy account;

    d. where the debt being collected was stated to be less than $600.00; and

    e. which stated "We will report forgiveness of debt as required by IRS regulations";

    f. where the letter(s) bears a send date between August 26, 2014 and the date of the filing of this complaint.

24. The Class is believed to be so numerous that joinder of all members is impractical. This Complaint concerns mass-produced form collection letters.

25. There are questions of law or fact common to the Class. These include:

    a. Whether Defendants made false, deceptive or misleading representations in connection with the collection of a debt in violation of §1692e;

    b. Whether Defendants engaged in false representations and deceptive means to collect a consumer debt alleged due, in violation of 15 U.S.C. §1692e(10);

    c. Whether the form collection notice deceptively mentions IRS reporting and IRS regulations.

  d. Whether and what amount of statutory damages are recoverable class-wide by Plaintiff and the Class for Midland's violation.

26. Plaintiff's claims are typical of the claims of the Class. Plaintiff and all Class Members were mailed the collection letter for an alleged GE Capital Retail Bank/ Old Navy debt with the same improper statement about IRS reporting and regulations. All claims are based on the same factual and legal theories, and there are no individualized issues.

27. Plaintiff will fairly and adequately protect the interests of the Class. Plaintiff has no interests antagonistic to those of the Class and Plaintiff's counsel is competent and experienced in consumer credit cases and class actions.

28. The questions of law or fact common to the Class predominate over any questions affecting only individual members, and a class action is superior to other available methods for the fair and efficient adjudication of this controversy. The Class Members are consumer debtors, who may be unable to locate or afford to hire lawyers. Most are probably unaware that their rights, and the FDCPA, have been violated.

29. The Class may be certified under Fed. R. Civ. P. 23(b)(3), as such represents a superior method for the fair and efficient adjudication of this controversy in that:

  a. Congress specifically contemplated FDCPA class actions as a principal means of enforcing the statute by private attorneys general. 15 U.S.C. § 1692k.

  b. The interest of Class Members in individually controlling the prosecution of separate claims against debt collectors is small because the maximum statutory damages available in an individual action under the Act is $1,000.00.

  c. This class action covering consumers within the geographic boundaries of the Eastern District of Pennsylvania is likely to be easily manageable.

d.      The case may require expert testimony, the substantial cost of which may be spread among the Class Members.

## COUNT I – FAIR DEBT COLLECTION PRACTICES ACT

30.     Plaintiff repeats the allegations set forth above as if the same were set forth at length herein.

31.     Defendants violated the FDCPA by sending collection letters to Plaintiff and the Class which:

a.      Make false, deceptive, or misleading representations or statements in connection with the collection of consumer debt, 15 U.S.C. § 1692e; and

b.      Use false representation and deceptive means to collect a consumer debt, 15 U.S.C. §1692e(10).

**WHEREFORE**, Plaintiff Alphonso Reed, on behalf of himself and all others similarly situated, demands judgment against Defendants Midland Credit Management, Inc. and Midland Funding, LLC for:

(a)     Damages;

(b)     Attorney's fees and costs; and

(c)     Such other and further relief as the Court shall deem just and proper.

## V.     DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as to all issues so triable.

Respectfully submitted:

Date: 8/19/15

CARY L. FLITTER
THEODORE E. LORENZ
ANDREW M. MILZ
**FLITTER LORENZ, PC**
450 N. Narberth Avenue, Suite 101
Narberth, PA  19072
(610) 822-0782


CARLO SABATINI
BRETT FREEMAN
**SABATINI LAW FIRM, LLC**
216 N. Blakely Street
Dunmore, PA 18512
(570) 341-9000

*Attorneys for Plaintiff and the Class*

7

Case 2:15-cv-04736-JS   Document 1   Filed 08/19/15   Page 11 of 13

# EXHIBIT "A"

**mcm** Midland Credit Management, Inc.
8875 Aero Drive
Suite 200
San Diego, CA 92123

| MCM Account Number |
|---|
| ●●●●●5714 |
| **Original Creditor** |
| GE CAPITAL RETAIL BANK |
| **Original Account Number** |
| ●●●●●●●●●●●●8959 |
| **CURRENT BALANCE** |
| $307.69 |

08-26-2014



Alphonso Reed
116 N Carol Blvd
Upper Darby, PA 19082-1304

You are **pre-approved** for a 20% discount!
Call now: (800) 282-2644

### Choose The Option That Works For You

Dear Alphonso,

Midland Credit Management, Inc., understands a one-size payment plan doesn't fit everyone's needs. Special offers are now available to help you resolve your unpaid **GE Capital Retail Bank / Old Navy** account. Select one of the three options below and get closer to having one less thing to worry about.

**Option 1: 20% OFF**
Payment Due Date: 09-25-2014
You Pay Only
**$246.15**

**Option 2: 10% OFF**
First Payment Due Date: 09-25-2014
3 Monthly Payments of Only
**$92.30**

**Option 3: To hear more options, call one of our Account Managers.**

If these options don't work for you, call one of our Account Managers to help you set up a payment plan that does.

### Benefits of Paying!

- **Save up to $61.53 if you choose Option 1.**
- Offer expiration date: 09-25-2014
- After receiving your final payment, we will consider the account paid.*

**CALL US TODAY!**
**(800) 282-2644**

Sincerely,

*H. Torres*
H. Torres
Division Manager

This account may still be reported on your credit report as unpaid.

*If you pay your full balance, we will report your account as **Paid in Full.** If you pay less than your full balance, we will report your account as **Paid in Full for less than the full balance.**

---

We are not obligated to renew this offer. We will report forgiveness of debt as required by IRS regulations.

Hours of Operation:
M – Th: 5:00am – 9:00pm PST
Fri: 5:00am – 5:00pm PST
Sat: 5:00am – 5:00pm PST
Sun: 5:00am – 9:00pm PST

Call: (800) 282-2644

Click: www.midlandcreditonline.com

Mail: Payment coupon below

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**
*Please tear off and return lower portion with payment in the envelope provided*

### PAYMENT COUPON

MCM Account No.: ●●●●●5714
Original Account No.: ●●●●●●●●●●●●8959
Current Balance: $307.69

**Payment Due Date: 09-25-2014**

Amount Enclosed: _____

●●●●●5714 ●●●●●●●●●●●●

Payment Options:
1) Mail in this coupon with your payment
2) Pay by phone (800) 282-2644

Make Check Payable to:
Midland Credit Management, Inc.

 PO Box 60578
Los Angeles, CA 90060-0578

B286 PMP2

Important Disclosure Information:

> Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Calls to and/or from this company may be monitored or recorded.

The offer to settle this account for the discount(s) offered in this letter remains open until 09-25-2014. For further information, please call one of our Account Managers at (800) 282-2644.

**MAIL PAYMENTS TO:** P.O. Box 60578, Los Angeles, CA 90060-0578

**MAIL CORRESPONDENCE BUT NO PAYMENTS TO:** MCM's business address at 8875 Aero Drive, Suite 200, San Diego, CA 92123

**We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law:**

**IF YOU LIVE IN COLORADO, THIS APPLIES TO YOU:**
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE
WWW.COLORADOATTORNEYGENERAL.GOV/CA

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

Midland Credit Management has a Colorado office with the following address and telephone number: 80 Garden Center, Suite 3, Broomfield, CO 80020. Telephone number: (303) 920-4763.

**Only physical in-person payments may be accepted at this office location. All payments made via mail should be sent to the following address:** P.O. Box 60578, Los Angeles, CA 90060-0578

**IF YOU LIVE IN MASSACHUSETTS, THIS APPLIES TO YOU:**
NOTICE OF IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to Midland Credit Management, Inc.

**IF YOU LIVE IN MINNESOTA, THIS APPLIES TO YOU:** This collection agency is licensed by the Minnesota Dept. of Commerce.

**IF YOU LIVE IN NEW YORK CITY, THIS APPLIES TO YOU:** New York City Department of Consumer Affairs License Number 1140603, 1207829, 1207820, 1227728

**IF YOU LIVE IN NORTH CAROLINA, THIS APPLIES TO YOU:** North Carolina Department of Insurance Permit #101659, #4182, #4250, and #3777. Midland Credit Management, Inc. 8875 Aero Drive, Suite 200, San Diego, CA 92123

**IF YOU LIVE IN TENNESSEE, THIS APPLIES TO YOU:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**IF YOU LIVE IN CALIFORNIA, THIS APPLIES TO YOU:**
The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or http://www.ftc.gov.

"Nonprofit credit counseling services may be available in the area."

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit-reporting agency if you fail to fulfill the terms of your credit obligations.

**IF YOU LIVE IN UTAH, THIS APPLIES TO YOU:** As required by Utah law, you are hereby notified that a negative report on your credit record may be submitted to a credit reporting agency if you fail to meet the terms of your credit obligations.

**IF YOU LIVE IN WYOMING, THIS APPLIES TO YOU:** As required by law, you are hereby notified that a negative report on your credit record may be submitted to a credit reporting agency if you fail to meet the terms of your credit obligations.