IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALPHONSO REED, *and all others similarly situated*,<br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT<br><br>and<br><br>MIDLAND FUNDING, LLC<br>　　　　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO. 15-cv-4736(JS)<br><br><br><br><br>CLASS ACTION |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), it is stipulated by and between the parties that the within matter shall be dismissed with prejudice as to Plaintiff Alphonso Reed individually, and without prejudice as to the claims of the putative class.

| | |
|---|---|
| */s/ Cary L. Flitter*<br>CARY L. FLITTER<br>ANDREW M. MILZ<br><br>**FLITTER MILZ, P.C.**<br>450 N. Narberth Avenue, Suite 101<br>Narberth, PA  19072<br>(610) 822-0782<br>Attorneys for Plaintiff<br><br>Date: 2/24/16 | */s/ Lawrence J. Bartel*<br>LAWRENCE J. BARTEL<br><br>**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**<br>2000 Market Street<br>24th Floor<br>Philadelphia, PA 19103<br>(215) 575-2780<br>Attorneys for Defendant<br><br>Date: 2/24/16 |

**BY THE COURT:**

_____
**U.S.D.J.**